# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Charles Chonde

Plaintiff

v.

Warden, Minnesota Correctional Facility at Moose Lake

Defendants

Case No. Civil 00-44 MJD/AJB

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that petition for writ of habeas corpus is denied. This action is dismissed without prjudicc.

DATE: March 16, 2000

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk